In the Matter of NEW YORK STATE REALTY AND TERMINAL COMPANY, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent. No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

MARY T. ORIHUELA, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

In the Matter of JOSEPH HALPERN, Appellant, against PHILIP GILSTEN, as Acting Treasurer of the City of New York, Respondent.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

In the Matter of MINISTER, ELDERS and DEACONS OF THE REFORMED PROTESTANT DUTCH CHURCH OF THE CITY OF NEW YORK, Appellant, against NATHAN DONFER et al., Respondents.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ. [See 1 A D 2d 765.]

JEROME B. EHRICH, Respondent, v. LAUREL LAMP MANUFACTURING CO., INC., Appellant.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RANDOLPH HARPER, Appellant.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ. [See 1 A D 2d 664.]

WILLIAM J. FRENCH, Appellant, v. CITY OF NEW YORK, Respondent.— Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

GENERAL BAKING COMPANY et al., Appellants, v. JOSEPH SACKS, Individually and as Copartners Doing Business under the Name of H. SACKS & SONS, et al., Respondents.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.